### Ruth Stoner *v.* Melvin Stoner

The motion by the defendant to reconsider the denial of the motion to review and for a hearing thereon in the appeal from the Superior Court in Hartford County is denied.

*Paul W. Orth,* in support of the motion.

Submitted February 25—decided March 3, 1971

### Davenport Taxi, Inc. *v.* Renato E. Ricciuti, Labor Commissioner

The motion by the defendant for remand to the trial court for further proceedings in the appeal from the Superior Court in Fairfield County is denied because no stipulation for the granting of the relief sought is either suggested or filed.

*Carl D. Eisenman,* assistant attorney general, in support of the motion.

Submitted March 11—decided March 17, 1971

### Justin J. Donnelly *v.* Sears, Roebuck and Company

Permission is granted Robert W. Worley, Jr., assisted by Carl D. Lobell of the New York bar, on behalf of the Connecticut Retail Merchants Association, to file a brief as amicus curiae in the appeal from the Court of Common Pleas in Hartford County. Motion to argue denied.

*Robert W. Worley, Jr.,* in support of the motion.